# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-4145
_____

ROBERT JORDAN BRESSLER,

Appellant,

v.

FLORIDA SCHOOL BOARD ASSN
and HARTFORD UNDERWRITERS
INSURANCE COMPANY,

Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Margaret Sojourner, Judge.

Date of Accident: July 26, 2021.


April 11, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Bradley G. Smith and Nicolette E. Tsambis of Smith, Feddeler, Smith, P.A., Lakeland, for Appellant.

Tracey J. Hyde of McConnaughhay, Coonrod, Pope, Weaver, Stern, P.A., Panama City, for Appellees.